USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    **1/15/2026**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH GUERRERO-BERROA,

                              Plaintiff,

            -against-

EQUIFAX INFORMATION SERVICES
LLC ET AL.,

                              Defendants.

24-cv-8070

ORDER

NELSON S. ROMÁN, United States District Judge:

In light of the stipulation staying the case in anticipation of binding arbitration (ECF No. 35), the January 22, 2026 Status Teleconference is adjourned *sine die*. The parties are directed to provide the Court with a written status update as to the binding arbitration on or before June 19, 2026.

Dated:    January 15, 2026                              SO ORDERED:
          White Plains, New York

_____
          NELSON S. ROMÁN
          U.S. District Court Judge, S.D.N.Y.

1